JS-0001 | Office of the Attorney General
 

 
 
 
 
 
 
 

 
 
 
 
 Javascript must be enabled for the correct page display
 Skip to main content
 
 
 

 
 
 
 
 
 
 
 
 
 
 

 Español
 
 
 
 
 
 About
 
 
 
 News
 
 
 
 Opinions
 
 
 
 Careers
 
 
 
 Contact Us
 
 
 

 
 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Keywords
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 
 
 
 
 
 
 
 
 
 
 Child Support
 
 
 Child Support Interactive (CSI)
 
 
 
 
 Back to top of menu
 
 Child Support Interactive (CSI)
 
 Paying and Receiving Child Support
 
 
 About Child Support Interactive
 
 
 Agency Partners
 
 
 Child Support Enforcement
 
 
 Pro­grams and Initiatives
 
 
 Your Child Support And The Federal Stimulus Payment
 

 
 

 
 
 
 
 
 
 
 
 Crime Victims
 
 
 2019 Legislative Session Update for Victims and Service Providers
 
 
 
 
 Back to top of menu
 
 2019 Legislative Session Update for Victims and Service Providers
 
 Compensation Portal Updates
 
 
 Crime Victims' Compensation Portal
 
 
 Services for Crime Victims
 
 
 Crime Victims' Compensation Program
 
 
 Information for Crime Victim Advocates
 
 
 Service Providers
 

 
 

 
 
 
 
 
 
 
 
 Consumer Protection
 
 
 File a Consumer Complaint
 
 
 
 
 Back to top of menu
 
 File a Consumer Complaint
 
 Automotive Scams
 
 
 Common Scams
 
 
 Equifax
 
 
 Identity Theft
 
 
 Seniors and the Elderly
 

 
 

 
 
 
 
 
 
 
 
 Open Government
 
 
 2021 Legislative Session Open Government Update
 
 
 
 
 Back to top of menu
 
 2021 Legislative Session Open Government Update
 
 Governmental Bodies
 
 
 How to Request an Attorney General Opinion
 
 
 Members of the Public
 
 
 Open Meetings Act Suspension Updates
 
 
 Open Records Complaint
 
 
 Open Reports and Publications
 

 
 

 

 
 
 
 
 

 
 

 
 
 
 
 
 Job Listings
 
 
 All Divisions
 
 
 Opinions
 
 
 Initiatives
 
 
 Newsroom
 
 
 
 
 About
 
 
 Contact us 
 
 
 
 
 

 Español
 
 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Search Keywords
 
 
 
 
 
 
 
 
 

 
 
 
 
 
 
 
 Breadcrumb
 
 
 
 
 
 
 Home
 
 
 Opinions
 
 
 John Scott Opinions
 
 
 JS-0001
 
 
 
 
 
 
 

 

 
 
 JS-0001
 John Scott
 
 Categories
 
Bail and Bail Bond Regulation
 , 
Counties and County Commissioners Courts
 , 
Purchasing and Contracts
 
 
 
 Summary
 Code of Criminal Procedure article 103.0031 generally permits a county or a municipality to enter into a third-party collection contract to recover money owed on certain items in criminal cases, including forfeited bonds. The reference to a non-existent “section” in Code of Criminal Procedure article 103.0031(h), providing that “[t]his section does not apply to commercial bail bonds,” is a scrivener’s error that creates an absurdity, such that a court would likely construe its exception to refer to article 103.0031.

A court would likely conclude that attorney sureties execute “commercial bail bonds” to the extent they sell their bonding services for a fee or commission. As such, article 103.0031(h) would prohibit a commissioners court from entering into a third-party contract for collection services on forfeited attorney surety bail bonds. Instead, forfeited attorney surety bonds would be collected by district and county attorneys, clerks of district and county courts, sheriffs, constables, and justices of the peace pursuant to Code of Criminal Procedure article 103.003(a).
 
 
 
 Opinion File
 js-0001.pdf 

 
 
 
 
 
 

 
 Related Requests
 
 
 
 

 
 
 

 

 
 RQ-0490-KP

 
 
 December 13, 2022

 
 
 
 
 Request PDF
 RQ0490KP.pdf 

 
 
 
 

 
 

 
 

 

 
 

 
 

 
 Back to top

 
 
 Back to Top
 
 

 
 
 
 
 Asset 1
 
 
 
 
 
 
 Twitter
 Facebook
 
 
 
 PO Box 12548
Austin, TX 78711-2548
 
 

 
 

 
 
 
 
 
 
 
 Child Support
 
 
 Crime Victims
 
 
 Consumer Protection
 
 
 Open Government
 
 
 

 
 

 
 
 
 
 All Divisions
 Opinions
 Initiatives
 Human Resources
 Newsroom
 
 
 

 
 

 
 
 
 

 
 Where the Money Goes
 
 
 ADA Compliance
 
 
 Compact With Texans
 
 
 Cost Efficiency Saving Ideas
 
 
 Reporting Fraud
 
 
 State Agency Contracts
 
 
 TRAILS Search
 
 
 Texas Homeland Security
 
 
 Texas Veterans Portal
 
 
 Texas.gov
 
 
 Accessibility & Site Policies